UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-62376-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

vs.

SOUTHGATE FOODS, INC.
d/b/a MCDONALD'S #1585,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, SOUTHGATE FOODS, INC., have reached an agreement for the resolution of this matter, and are in the process of finalizing settlement documents. The parties respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: November 21, 2016.

                                      BY:   /s/ Peter S. Leiner
                                               Jason S. Weiss
                                             Jason@jswlawyer.com
                                           Florida Bar No. 356890
                                           Peter S. Leiner
                                           Peter@jswlawyer.com
                                           Florida Bar No. 104527
                                           **WEISS LAW GROUP, P.A.**
                                           5531 N. University Drive, Suite 103
                                           Coral Springs, FL 33067
                                           Tel: (954) 573-2800
                                           Fax: (954) 573-2798
                                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

                                      BY: /s/ Peter S. Leiner
                                                  Jason S. Weiss
                                                  Jason@jswlawyer.com
                                                  Florida Bar No. 356890
                                                  Peter S. Leiner
                                                  Peter@jswlawyer.com
                                                  Florida Bar No. 104527