UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62376-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

v.

SOUTHGATE FOODS, INC.
d/b/a McDonald's #1585

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Pending Settlement, ECF No. [10], reporting that an agreement for the resolution of this matter was reached between the parties, filed on November 21, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers within **thirty (30) days** of the date of this Order.

3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida this 21st day of November, 2016.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc: counsel of record